AUGUSTUS Ross, as Executor, etc., et al., Respondents, *v.* DE WITT A. GLEASON, et al., Appellants.

The General Term has power to amend an order of reversal so as to show that the reversal was upon the facts, although an appeal has been perfected and a return made to this court, and the order as amended may be attached to the return.

(Argued November 27, 1888; decided December 4, 1888.)

MOTION to amend an order of the General Term of the Supreme Court in the third judicial department, made at the April Term, 1887, which reversed a decree of the surrogate of Chenango county denying probate to a codicil to the last will and testament of Alexander Foster, deceased, plaintiff's testator. The motion was referred back and the return herein to the General Term, and that a motion may then be made to amend the order of reversal by inserting after the words " is hereby reversed" the words " on questions of fact and law."

*Solomon Bundy* for motion.

*Albert F. Gladding* opposed.

The following is the *mem.* of decision:
" Motion denied, without costs, upon the ground that the General Term have power to entertain a motion to amend their order, which, if done, may be attached to the return in this court."
All concur.
Motion denied.